**BOHN & BOHN LLP**
ROBERT H. BOHN, ESQ. - State Bar #36283
152 N. Third Street, Suite 200
San Jose, California 95112
Telephone: (408) 279-4222
Fax No.: (408) 295-2222

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PAMELA E. FISHER, | No.   CIV S-04-2195 MCE GGH |
| Plaintiff, | **STIPULATION OF DISMISSAL AND ORDER THEREON** |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated:   4/11/2005                                    BOHN & BOHN LLP


                                                                           /s/
                                                    BY:  ROBERT H. BOHN, Esq.
                                                         Attorney for Plaintiff PAMELA FISHER

///
///
///
///
///

**STIPULATION OF DISMISSAL AND ORDER THEREON**

1

1 | Dated:   4/12/2005                                     SEYFARTH SHAW LLP

                                                /s/
3                                     BY:  CAROLYN A. KNOX
                                           Attorney for Defendant
                                           LIFE INSURANCE COMPANY OF
                                           NORTH AMERICA

    IT IS SO ORDERED:

7 | Dated: April 18, 2005

                                      _____
                                      MORRISON C. ENGLAND, JR
                                      UNITED STATES DISTRICT JUDGE

**STIPULATION OF DISMISSAL AND ORDER THEREON**

2